WILLIAM J. PAATALO
43 STANLEY COULEE WAY
NYE, MONTANA 59061
(406) 328-4104
BPAATALO@YAHOO.COM

Lincoln County, Oregon
02/14/2011 02:55:12 PM    **2011-01633**
DOC-N/LISPEN    Cnt=1 Pgs=2 Stn=12 LELY
$10.00 $11.00 $15.00 $10.00 $7.00 - Total =$53.00

0004009020110001633002002B

i, Dana W. Jenkins, County Clerk, do hereby certify
that the within Instrument was recorded in the Lincoln
County Book of Records on the above date and time.
WITNESS my hand and seal of said office affixed.

Dana W. Jenkins, Lincoln County Clerk

## IN THE CURCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF LINCOLN

Case No.:  **103837**

J.P. MORGAN CHASE BANK

    Plaintiff,

      vs.

WILLIAM J. PAATALO  "Pro Se" and;   )

ALL PERSONS IN POSSESSION,   )

    Defendant,   )

And   )

WILLIAM J. PAATALO "Pro Se" as THIRD- )

PARTY PLAINTIFF,   )   **NOTICE OF LIS PENDENS**

And   )

NORTHWEST TRUSTEE SERVICES, INC., )

THIRD-PARTY DEFENDANT,   )

And   )

LENDER PROCESSING SERVICES, INC., )

THIRD-PARTY DEFENDANT,   )

And   )

CHRISTINA ANNE SAUERER,

THIRD-PARTY DEFENDANT

1 NOTICE OF LIS PENDENS

EXHIBIT D

Pursuant to O.R.S. 93.740, Notice is hereby given that:

1. An action has been commenced in the above entitled court by the above-named Defendant and Third-Party Plaintiff, against the Plaintiff and Third-Party Defendants which action is now pending.

2. Defendant and Third-Party Plaintiff has reason to believe that the Plaintiff may own or have some interest in the property which may be subject to judgment and execution by reason of the within cause, and that such property is located at 400 East Third Street, Yachats, Oregon, 97498, and more particularly described as follows:

> Lot 7 and the East 22 feet of lot 6, Block 2, Yachats, in the City of Yachats, county of Lincoln and State of Oregon. Commonly known as: 400 East 3rd Street, Yachats, OR 97498.

3. The nature and object of the action, and relief sought by Defendant and Third-Party Plaintiff is:

a. Declaratory and Equitable Relief; Injunction; Illegal Foreclosure; Fraudulant Misrepresentation; Fraud in the Inducement; Mail & Wire Fraud; Violations of the Real Estate Settlement & Procedures Act (RESPA); Breach of Fiduciary Duty; Unjust Enrichment; Civil Conspiracy; Civil RICO; Predatory Lending; Unfair Debt Collections Practices; Usury; Oregon's Unlawful Trade Practices Act; Intentional Infliction of Emotional Distress; Quiet Title; and Slander of Title.

DATED this 11th day of February, 2011.

COUNTY OF Stillwater
Subscribed and sworn to before me.
this 11th day of February, 2011
by William J. Paatalo

Bonis L. Yanzick
NOTARY PUBLIC for the State of Montana
Residing at Nye
My Commission Expires 05/08/2013

William J. Paatalo
Defendant & Third-Party Plaintiff Pro Se
43 Stanley Coulee Way
Nye, MT 59061
bpaatalo@yahoo.com
(406)328-4104

2 NOTICE OF LIS PENDENS