AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| William J. Paatalo <br><br> *Plaintiff(s)* <br> v. <br> Washington Mutual Bank F.A. <br> J.P. Morgan Chase Bank <br><br> *Defendant(s)* | Civil Action No. 15-cv-1420 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.P. Morgan Chase Bank, Successor in Interest to Washington Mutual Bank F.A.
270 Park Avenue, New York, NY 10017
Oregon Registered Agent:
CT Corporation System
388 State St., Ste. 420, Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John A. Cochran, Attorney at Law
Pacific Property Law LLC
10121 SE Sunnyside Rd., Ste. 300
Clackamas, Oregon 97015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                              *Signature of Clerk or Deputy Clerk*